UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-00541-KAC-JEM |
| CITY OF LUTTRELL, | ) |
| Defendant. | ) |

## NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant, through counsel, respectfully files this Notice of Constitutional Challenge of Statute with the Court and the United States Attorney General. In support thereof, Defendant states as follows:

1. Defendant's Motion to Dismiss and Memorandum in Support of Motion to Dismiss was filed with the Court on December 5, 2025.

2. The Motion to Dismiss was filed against Plaintiff Tennessee Riverkeeper, Inc., in response to Plaintiff's Complaint.

3. Within the Motion to Dismiss and Memorandum in Support of Motion to Dismiss, Defendant challenges the constitutionality of federal statute 33 U.S.C. § 1365, specifically the constitutionality of a citizen suit under the Clean Water Act under Article II of the U.S. Constitution. Defendant is challenging the statute because such suits constitute an exercise of the executive power, interfere with the President's ability to employ prosecutorial discretion, and violate the private non-delegation doctrine. Citizen suits under Section 1365 also violate the Appointments Clause.

4. Through this Notice, Defendant has complied with Rule 5.1(a)(A)'s requirement that the United States Attorney General be notified that a federal statute is being challenged when

neither the United States, nor its agencies, nor its officers or employees in an official capacity are party to the action.

5.   In further compliance with Rule 5.1(a)(2), Defendant has served the United States Attorney General with a copy of this Notice via certified mail. *See* Exhibit A.

DATED: December 8, 2025.

Respectfully submitted,

*/s/ Jonathan Swann Taylor*

| | |
|---|---|
| Sean J. Radomski, Pa. Bar No. 319732* | Jonathan Swann Taylor, |
| Pacific Legal Foundation | Tenn. Bar. No. 025094 |
| 3100 Clarendon Blvd., Suite 1000 | Kramer Rayson LLP |
| Arlington, VA 22201 | 800 South Gay Street, Suite 2500 |
| Telephone: (202) 888-6881 | Knoxville, TN 37929 |
| Fax: (916) 419-7747 | Telephone: (865) 525-5134 |
| sradomski@pacificlegal.org | Fax: (865) 522-5723 |
| | jstaylor@kramer-rayson.com |
| *Admitted *pro hac vice* | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which is understood to have sent notification of such filing electronically to all counsel of record.

*/s/Jonathan Swann Taylor*
Jonathan Swann Taylor
*Attorney for Defendant*